UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

4:05CR40005-FDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | VIOLATIONS: |
| | ) | |
| | ) | 21 U.S.C. § 846 – |
| v. | ) | Conspiracy To Distribute |
| | ) | Ecstacy |
| NICHOLAS RHEAULT, | ) | |
| DONALD E. WHITNEY, III, | ) | 21 U.S.C. § 841(a)(1) – |
| | ) | Distribution of Ecstacy |
| | ) | |
| Defendants. | ) | 21 U.S.C. §853(a) – Criminal |
| | ) | Forfeiture |

**INDICTMENT**

**COUNT ONE:**   **(21 U.S.C. § 846 – Conspiracy To Distribute Ecstacy)**

The Grand Jury charges that:

From in or about November 2, 2004, and continuing thereafter until on or about December 7, 2004, at Lancaster, Clinton and Leominster, in the District of Massachusetts, and elsewhere,

**NICHOLAS RHEAULT, and
DONALD E WHITNEY, III,**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, a quantity of MDMA (3,4-Methylenedioxymethamphetamine), also known as Ecstacy, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**     (21 U.S.C. § 841(a)(1) - Possession Of Ecstacy
With Intent To Distribute And Distribution of
Ecstacy; 18 U.S.C. §2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about November 4, 2004, at Leominster, in the District of Massachusetts,

**NICHOLAS RHEUALT, and
DONALD E. WHITNEY, III,**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of MDMA (3,4-Methylenedioxymethamphetamine), also known as Ecstacy, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT THREE:**   (21 U.S.C. § 841(a)(1) - Possession Of Ecstacy With Intent To Distribute And Distribution of Ecstacy; 18 U.S.C. §2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about November 10, 2004, at Leominster, in the District of Massachusetts,

**NICHOLAS RHEAULT, and
DONALD E. WHITNEY, III,**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of MDMA (3,4-Methylenedioxymethamphetamine), also known as Ecstacy, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT FOUR:**   (21 U.S.C. § 841(a)(1) - Possession Of Ecstacy With Intent To Distribute And Distribution of Ecstacy; 18 U.S.C. §2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about December 2, 2004, at Leominster, in the District of Massachusetts,

**NICHOLAS RHEAULT, and
DONALD E. WHITNEY, III,**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of MDMA (3,4-Methylenedioxymethamphetamine), also known as Ecstacy, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**Allegation - (21 U.S.C. § 853(a) - Criminal Forfeiture)**

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One through Four of this Indictment,

> NICHOLAS RHEAULT, and
> DONALD E. WHITNEY, III,

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations including, but not limited to, the following:

(a) $2,690 exchanged for Ecstacy on November 4, 2004;

(b) $2,500 exchanged for Ecstacy on November 10, 2004;

(c) $500 exchanged for Ecstacy on December 2, 2004; and

(d) a 2003 black Infiniti, Massachusetts licence plate 34XJ12.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY


_____
DAVID H. HENNESSY
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; February 2, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

2:07P

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   **Category No.** II   **Investigating Agency** DEA/MET

**City** Leominster   **Related Case Information:**

**County** Worcester   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant  X   New Defendant _____
Magistrate Judge Case Number   05-1642-CBS
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   NICHOLAS RHEAULT   Juvenile  ☐ Yes  ☒ No

Alias Name

Address   122-124 Middle Street, Leominster, MA

Birth date: 1983   SS#: 3675   Sex: M   Race: WHITE   Nationality: U.S.

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   DAVID HENNESSY   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:   2/01/2005

☒ Already in Federal Custody as   arrestee   in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: Feb 2, 2005   Signature of AUSA: *[signature]*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy

Name of Defendant      Nicholas Rheault

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to Distribute Ecstasy | 1 |
| Set 2  21 USC § 841 | Possess. Controlled Substance w/intent distrib. | 2 - 4 |
| Set 3  18 USC § 2 | Aiding and Abettting | 2 - 4 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. **II**   Investigating Agency **DEA/MET**

**City** Leominster   **Related Case Information:**

**County** Worcester   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant **X**   New Defendant _____
Magistrate Judge Case Number   **05-1642-CBS**
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   DONALD E. WHITNEY, III   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   30 PARKER ROAD, #3. LANCASTER, MA

Birth date: 1983   SS#: 7013   Sex: M   Race: WHITE   Nationality: U.S.

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   **DAVID HENNESSY**   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date:  2/01/2005

☒ Already in Federal Custody as  arrestee  in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____   on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**   Donald E. Whitney, III

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to Distribute Ecstasy | 1 |
| Set 2   21 USC § 841 | Possess. Controlled Substance w/intent distrib. | 2 - 4 |
| Set 3   18 USC § 2 | Aiding and Abettting | 2 - 4 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____