AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

V.

NICHOLAS RHEAULT

**WARRANT FOR ARREST**

CASE NUMBER: 05-1642-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   NICHOLAS RHEAULT
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information   ✓ Complaint    Order of court    Violation Notice    Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Ecstacy

in violation of Title  21  United States Code, Section(s)  846

Charles B. Swartwood                           US Magistrate Judge
Name of Issuing Officer                         Title of Issuing Officer

[signature]                                     02-01-2005    Worcester, Massachusetts
Signature of Issuing Officer                    Date and Location

RECEIVED
U.S. MARSHALS SERVICE
WORCESTER, MA
2005 FEB -1

Bail fixed at $ _____   by _____
                                     Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  Leominster, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/1/05 | S/A David M. DiRuzzo | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Nicholas Rheault

ALIAS:

LAST KNOWN RESIDENCE: 436 Union Street, Leominster, MA 01453

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1983

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 3675

HEIGHT:                                                WEIGHT:

SEX:   MALE                                            RACE:   White

HAIR:                                                  EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Administration