AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

UNITED STATES

V.

NICHOLAS RHEAULT, DONALD WHITNEY

## EXHIBIT AND WITNESS LIST

Case Number: 05-40005-FDS

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>HENNESSY | DEFENDANT'S ATTORNEY<br>CAMPOBASSO, BENNETT |
|---|---|---|
| TRIAL DATE (S)<br>2/4/2005 | COURT REPORTER<br>2:23 P | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 2/4/2005 | | | PTS Officer Vangie Cuascut |
| | | 2/4/2005 | | | Agent Danny Genese |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 10 | | 2/4/2005 | X | X | Report from Leominster Police Department re: Donald Whitney 12/2/2004 |
| 1 | | 2/4/2005 | X | X | Complaint Affidavit |
| 2 | | 2/4/2005 | X | X | 11/3/04 Sample, DEA Form 7 Report |
| 3 | | 2/4/2005 | X | X | 11/4/04 Sample, DEA Form 7 Report |
| 4 | | 2/4/2005 | X | X | Audio Tape |
| 5 | | 2/4/2005 | X | X | Lab Report, .23 grams of MDMA Ecstacy |
| 6 | | 2/4/2005 | X | X | 11/10/04 Sample, DEA Form 7 Report |
| 7 | | 2/4/2005 | X | X | 12/2/2004 Sample, DEA Form 7 Report |
| 8 | | 2/4/2005 | X | X | Posterboard showing washing machine and where dft Rheault was hiding before arrest |
| 9 | | 2/4/2005 | X | X | Posterboard showing gun and narcotics found in washing machine |
| 11 | | 2/4/2005 | X | X | Posterboard showing closer view of gun |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages