*filed in open court 2/4/05*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-40005-FDS |
| ) | |
| NICHOLAS RHEAULT and ) | |
| DONALD E. WHITNEY III ) | |

### NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, _Nicholas Rheault_

[✓] states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

[ ] waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B). Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.

_/s/ Nick Rheault_
Defendant

_/s/ William _____
Attorney for the Defendant

_2/4/05_
Date