## SWOMLEY & ASSOCIATES
Attorneys At Law
227 Lewis Wharf
Boston, Massachusetts 02110-3927
Telephone: (617) 227-9443
Facsimile: (617) 227-8059



John G. Swomley*
Devon Dietz Hincapie
*Also Admitted in New York

Jason W. Loomis
Eric Tennen

February 14, 2005

Lisa Roland
Harold D. Donohue Federal Bldg. & Cthse.,
595 Main Street
Worcester MA. 01608

  Re: <u>U.S. v. Rheault</u>, Docket No. 05-40005

Dear Ms. Roland,

  Please send us a copy of a transcript for the detention hearing, in the above referenced matter, which took place on February 4, 2005 in front of Judge Charles Swartwood.

  If you have any questions, please feel free to contact me.

Thank you,

Eric Tennen