```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-40005-FDS |
| v. ) | |
| ) | |
| NICHOLAS RHEAULT, and ) | |
| DONALD E. WHITNEY, III, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5**

The United States of America and defendants Nicholas Rheault and Donald E. Whitney, III, by their counsel, John G. Swomley, Esq., and Daniel Bennett, Esq., respectively, hereby submit this joint memorandum to advise the Court that an initial status conference, now scheduled for March 16, 2005, is not necessary, and ask the Court to concur, pursuant to Local Rule 116.5(A).

**Status of the Case**

The government has provided Defendants' counsel with discovery in this case in accordance with Fed. R. Crim. P. 16 and Local Rule 116.1. Counsel needs a meaningful opportunity to review the discovery with the defendants.

In addition, review of discovery and discussions between the parties in light of the discovery will allow the parties to address the issues set forth in Local Rule 116.5.

Accordingly, the parties request that an interim status conference be re-scheduled in mid-April 2005. This period will allow Defendants to complete a review of discovery, make

additional discovery requests, if necessary, and allow the parties to confer regarding the issues set forth in Local Rule 116.5.

**Local Rule 116.5(A)(5)**

The parties agree that the period from February 16, 2005, the date on which excludable time expired pursuant to the Court's February 2, 2005 order, until the date of the initial status conference in mid-April 2005, as requested herein, is excludable. The parties ask the Court to so find, based upon the parties' use of the period of the continuance to review discovery and confer, and a finding by the Court that a continuance for these purposes serves the ends of justice and outweighs the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        UNITED STATES ATTORNEY

By:  /s/David Hennessy_____
     David Hennessy
     Assistant U.S. Attorney


        NICHOLAS RHEAULT

By:  /s/John G. Swomley_____
     John G. Swomley, Esq.


        DONALD E. WHITNEY, III

By:  /s/Daniel Bennett_____
     Daniel Bennett, Esq.