UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

4:05CR40005-FDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | VIOLATIONS: |
| | ) | |
| | ) | 21 U.S.C. § 846 - |
| v. | ) | Conspiracy To Distribute |
| | ) | Ecstacy |
| NICHOLAS RHEAULT, | ) | |
| DONALD E. WHITNEY, III, | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Distribution of Ecstacy |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1)- |
| | ) | Felon in Possession of |
| | ) | Firearm |
| | ) | |
| Defendants. | ) | 21 U.S.C. §853(a) - Criminal |
| | ) | Forfeiture |

**SUPERSEDING INDICTMENT**

**COUNT ONE:**  **(21 U.S.C. § 846 - Conspiracy To Distribute Ecstacy)**

The Grand Jury charges that:

From in or about November 2, 2004, and continuing thereafter until on or about December 7, 2004, at Lancaster, Clinton and Leominster, in the District of Massachusetts, and elsewhere,

**NICHOLAS RHEAULT, and
DONALD E. WHITNEY, III,**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, a quantity of MDMA (3,4-Methylenedioxymethamphetamine), also known as Ecstacy, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).



All in violation of Title 21, United States Code, Section 846.

**COUNT THREE:** **(21 U.S.C. § 841(a)(1) - Possession Of Ecstacy With Intent To Distribute And Distribution of Ecstacy; 18 U.S.C. §2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about November 10, 2004, at Leominster, in the District of Massachusetts,

**NICHOLAS RHEAULT, and**
**DONALD E. WHITNEY, III,**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of MDMA (3,4-Methylenedioxymethamphetamine), also known as Ecstacy, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT FOUR:    (21 U.S.C. § 841(a)(1) - Possession Of Ecstacy With Intent To Distribute And Distribution of Ecstacy; 18 U.S.C. §2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about December 2, 2004, at Leominster, in the District of Massachusetts,

**NICHOLAS RHEAULT, and
DONALD E. WHITNEY, III,**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of MDMA (3,4-Methylenedioxymethamphetamine), also known as Ecstacy, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT FIVE:**     (18 U.S.C. § 922(g)(1)- Felon in Possession of Firearm)

The Grand Jury further charges that:

On or about and between January 2005, and February 1, 2005, both dates being approximate and inclusive, at Leominster, in the District of Massachusetts,

**NICHOLAS RHEAULT,**

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Hi-Point 9 millimeter luger pistol with a laser sight, model C9, bearing serial number P155489.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

**Allegation - (21 U.S.C. § 853(a) - Criminal Forfeiture)**

The Grand Jury further charges that:

1.  As a result of the offenses alleged in Counts One through Five of this Superseding Indictment,

> **NICHOLAS RHEAULT, and
> DONALD E. WHITNEY, III,**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations including, but not limited to, the following:

    (a) $2,690 exchanged for Ecstacy on November 4, 2004;

    (b) $2,500 exchanged for Ecstacy on November 10, 2004;

    (c) $500 exchanged for Ecstacy on December 2, 2004; and

    (d) a 2004 black Infiniti, Massachusetts licence plate 34XJ12.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

  All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

*[signature]*
_____
FOREPERSON OF THE GRAND JURY

*[signature]*
_____
DAVID H. HENNESSY
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March 23, 2005.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
_____
DEPUTY CLERK
12:07P

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    Category No. __II__    Investigating Agency __DEA/MET__

City __Leominster__    **Related Case Information:**

County __Worcester__    Superseding Ind./ Inf. __Supers. Indict__   Case No. __05CR40005-FDS__
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number   __05-1642-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __NICHOLAS RHEAULT__    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __122-124 Middle Street, Leominster, MA__

Birth date: __1983__    SS#: __3675__    Sex: __M__    Race: __WHITE__    Nationality: __U.S.__

Defense Counsel if known:  __John Swomley__    Address: __227 Lewis Wharf__
Bar Number: _____    __Boston 02110__

**U.S. Attorney Information:**

AUSA  __DAVID HENNESSY__    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:    __2/01/2005__

☒ Already in Federal Custody as __arrestee__ in __Wyatt Det. Center__.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment
Total # of Counts:    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony __5__

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _March 23, 2005_    Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy) _____

Name of Defendant    Nicholas Rheault

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Distribute Ecstasy | 1 |
| Set 2 | 21 USC § 841 | Possess. Controlled Substance w/intent distrib. | 2 - 4 |
| Set 3 | 18 USC § 2 | Aiding and Abettting | 2 - 4 |
| Set 4 | 18 USC § 922g | Felon in Possession of firearm | 5 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**     Nicholas Rheault

RHEAULT.JS45.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA/MET

**City** Leominster     **Related Case Information:**

**County** Worcester

Superseding Ind./ Inf.  Supers Indict   Case No.  05CR40005-FDS
Same Defendant  X          New Defendant
Magistrate Judge Case Number  05-1642-CBS
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  DONALD E. WHITNEY, III     Juvenile  ☐ Yes  ☒ No

Alias Name

Address  30 PARKER ROAD, #3.  LANCASTER, MA

Birth date: 1983   SS#: 7013   Sex: M   Race: WHITE   Nationality: U.S.

Defense Counsel if known:  Daniel Bennett   Address: 15 Foster St.
Bar Number:     Quincy, MA

**U.S. Attorney Information:**

AUSA  DAVID HENNESSY   Bar Number if applicable

Interpreter: ☐ Yes  ☒ No   List language and/or dialect:

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: 2/01/2005

☒ Already in Federal Custody as  arrestee  in  Wyatt Det. Center
☐ Already in State Custody   ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by ___ on ___

Charging Document: ☐ Complaint  ☐ Information  ☒ Indictment
Total # of Counts: ☐ Petty  ☐ Misdemeanor  ☒ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 23, 2005   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy

Name of Defendant       Donald E. Whitney, III

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to Distribute Ecstasy | 1 |
| Set 2  21 USC § 841 | Possess. Controlled Substance w/intent distrib. | 2 - 4 |
| Set 3  18 USC § 2 | Aiding and Abettting | 2 - 4 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

**District Court Case Number** (To be filled in by deputy

**Name of Defendant**     Donald E. Whitney, III
WHITNEY.JS45.wpd - 3/13/02