## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                             )
UNITED STATES OF AMERICA,    )
                             )
                             )
          v.                 )      CRIMINAL ACTION
                             )      NO. 05-40005-FDS
NICHOLAS RHEAULT and         )
DONALD E. WHITNEY, III,      )
          Defendants,        )
_____)
```

### INITIAL STATUS REPORT
### March 23, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1.    Discovery

Counsel for the Defendants have requested additional time to review discovery produced by the Government.  I have granted that request.

2.    Further Status Conference

A further status conference shall be held in this case on April 15, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.    Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from February 16, 2005 (date

of expiration of prior order of excludable time) through April 15,

2005 (date by which Defendants will have completed their review of

discovery produced by the Government).   Therefore, assuming no

further  order  of  excludable  time  under  the  plan  for  prompt

disposition of criminal cases, this case must be tried on or before

Friday, June 24, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE