# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.           ) | CRIMINAL ACTION |
| ) | NO. 05-40005-FDS |
| NICHOLAS RHEAULT and ) | |
| DONALD E. WHITNEY, III, ) | |
| Defendants, ) | |

## STATUS REPORT
### April 20, 2005

SWARTWOOD, C.M.J.

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

Counsel for the Defendants have requested additional time to complete discovery as they have encountered problems with the audio/video equipment at the Wyatt Detention Center which has prevented Defendants from viewing discovery produced by the Government. Counsel for the parties anticipate that this problem will be resolved. I have granted the parties additional time to complete discovery.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on May

17, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 15, 2005 (date of expiration of prior order of excludable time) through May 17, 2005 (date by which discovery should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Tuesday, July 26, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE