UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                          )<br>)<br>NICHOLAS RHEAULT and         )<br>DONALD E. WHITNEY, III,      )<br>         Defendants,         )<br>                              ) | **CRIMINAL ACTION**<br>**NO. 05-40005-FDS** |

ORDER OF EXCLUDABLE TIME
April 20, 2005

**SWARTWOOD, C.M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 15, 2005 (date of expiration of prior order of excludable time) through May 17, 2005 (date by which discovery should be completed) shall be excluded from the Speedy Trial Act.

                                                      /s/Charles B. Swartwood, III
                                                      CHARLES B. SWARTWOOD, III
                                                      CHIEF MAGISTRATE JUDGE