UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
            v.                      )   CRIMINAL ACTION
                                    )   NO. 05-40005-FDS
NICHOLAS RHEAULT and                )
DONALD E. WHITNEY, III,             )
            Defendants,             )
_____)

STATUS REPORT
May 18, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Counsel for the one of the Defendants has requested additional time to review discovery produced by the Government with his client. I have granted that request.

2. Plea Negotiations

Counsel for the other Defendant has requested additional time to explore the possibility of resolving this case without a trial. I have granted that request.

3.  Further Status Conference

A further status conference shall be held in this case on June 27, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.  Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 17, 2005 (date of expiration of prior order of excludable time) through June 27, 2005 (date by which discovery and plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Monday, September 5, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE