UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NICHOLAS RHEAULT and )<br>DONALD E. WHITNEY, III, )<br>      Defendants, )<br>) | **CRIMINAL ACTION**<br>**NO. 05-40005-FDS** |

**ORDER OF EXCLUDABLE TIME**
**May 18, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 17, 2005 (date of expiration of prior order of excludable time) through June 27, 2005 (date by which discovery and plea negotiations should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE