UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>NICHOLAS RHEAULT, )<br>DONALD E. WHITNEY, III, )<br>      Defendants. ) | Criminal Action<br>No. 05-40005-FDS |

## MOTION TO SUPPRESS

Defendant, Nicholas Rheault, hereby brings this motion to suppress evidence seized during his arrest, to wit: a Hi-Point 9 millimeter luger pistol with a laser sight, model C9, bearing serial number P155489. As grounds therefor, defendant submits the items were unlawfully seized in violation of defendant's rights to be free from unreasonable search and seizure. U.S. CONST. amd. IV. A memorandum and affidavit in support are attached. Defendant respectfully requests a hearing in the matter.

Date:  7.14.05                                    Respectfully Submitted,

/s/ John G. Swomley
_____
John G. Swomley
BBO# 551450
Swomley and Associates
227 Lewis Wharf
Boston, MA 02110
Tel. (617) 227-9443