UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                               )
UNITED STATES OF AMERICA  )
                                               )
vs.                                            )          Criminal Action
                                               )          No. 05-40005-FDS
NICHOLAS RHEAULT,            )
DONALD E. WHITNEY, III,      )
            Defendants.               )
_____)

### AFFIDAVIT OF NICHOLAS RHEAULT IN SUPPORT OF MOTION TO SUPPRESS

I, Nicholas Rheault, do hereby swear the following is true to the best of my knowledge:

1) I am the defendant in the above entitled matter.

2) On February 1, 2005, I was arrested pursuant to a warrant at 124 Middle Street, Leominster, MA.

3) At the time, I was surrounded by police officers and federal agents on the 3rd Floor landing of that address. These officers had their guns drawn and trained on me. They immediately frisked my person and handcuffed me behind my back. I did not resist and complied with their every directive.

4) I was then immediately escorted back to the 2nd Floor apartment where I lived at the time.

5) I could hear police officers searching upstairs on the 3rd floor both in and outside of the apartment. Approximately five minutes later, police officers appeared holding a hand gun and another package. I heard officers yell down, "We've got a gun, we got some crack."

Date:       6.23.05

/s/ Nicholas Rheault
_____
Nicholas Rheault