```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
        v.                 )   Cr. No. 05-40005-FDS
                           )
NICHOLAS RHEAULT           )
```

### JOINT MOTION TO CONTINUE SUPPRESSION HEARING

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and David Hennessy, Assistant U.S. Attorney, and the Defendant Nicholas Rheault, by his counsel John G. Swomley, Esq., hereby jointly move to continue the a hearing on a motion to suppress, now scheduled for September 21, 2005, to October 4, 2005 at 9:00 a.m. or another date and time convenient to the Court.

As grounds therefore, the parties state that they are exploring a non-trial disposition of the case which, if successful, would obviate the need for a hearing.

The parties submit that the ends of justice served by allowing this continuance outweigh the best interests of the public and the defendant in a speedy trial, and ask the Court to so find, pursuant to 18 U.S.C. § 3161(h)(8)(A).

The parties have not moved previously for a continuance of this hearing.

WHEREFORE, the parties move to continue the hearing on the motion to suppress to October 4, 2005 or such other date as the Court may set, and agree that the period from September 21, 2005 through the date of such hearing is excludable, pursuant to 18

U.S.C. § 3161(h)(8)(A).

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By:  /s/ David Hennessy
>     David Hennessy
>     Assistant U.S. Attorney
>
>NICHOLAS RHEAULT
>
>By:  /s/ John G. Swomley
>     John G. Swomley, Esq.

ss. Worcester

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing was served by facsimile upon the below-named counsel on this      day of September, 2005.

>/s/ David Hennessy
>DAVID HENNESSY
>Assistant U.S. Attorney

John G. Swomley, Esq.