```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
          v.                )    Cr. No. 05-40005-FDS
                            )
NICHOLAS RHEAULT            )
```

### JOINT MOTION TO CONTINUE SUPPRESSION HEARING

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and David Hennessy, Assistant U.S. Attorney, and the Defendant Nicholas Rheault, by his counsel John G. Swomley, Esq., hereby jointly move to continue the hearing on a motion to suppress, now scheduled for October 4, 2005, for approximately four weeks to a date and time convenient to the Court, and to exclude the period of this continuance in the interests of justice.[1]

As grounds therefore, the parties state that they are exploring a non-trial disposition of the case which, if successful, would obviate the need for a hearing. Among other things, the parties are attempting to estimate Mr. Rheault's criminal history category; to that end, the government obtained today a certified copy of the complaint which charging Mr. Rheault with a crime.

The parties submit that the ends of justice served by allowing this continuance outweigh the best interests of the public and the defendant in a speedy trial, and ask the Court to

---

[1] Mr. Swomley is engaged on November 1, 2005.

so find, pursuant to 18 U.S.C. § 3161(h)(8)(A).

The parties have moved to continue the September 21, 2005 hearing date in this case, which the Court allowed. There have been no other continuances of this hearing.

WHEREFORE, the parties move to continue the hearing on the motion to suppress now scheduled for October 4, 2005, for approximately four weeks, to a date and time convenient to the Court (other than November 1, 2005), and agree that the period from )October 4, 2005 through the date of such hearing is excludable, pursuant to 18 U.S.C. § 3161(h)(8)(A).

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ David Hennessy
    David Hennessy
    Assistant U.S. Attorney

NICHOLAS RHEAULT

By: /s/ John G. Swomley
    John G. Swomley, Esq.

ss. Worcester

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by facsimile upon the below-named counsel on this 26th day of September, 2005.

        /s/ David Hennessy
        DAVID HENNESSY
        Assistant U.S. Attorney

John G. Swomley, Esq.