UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. |
| ) | 05-40005-FDS |
| NICHOLAS RHEAULT, ) | |
| Defendant. ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On September 19, 2005, the parties filed a joint motion to continue the suppression hearing scheduled for September 21, 2005 to October 4, 2005.  In the motion, the parties averred that they were considering an alternative to trial which would dispose of the need for a hearing. To accommodate this request, and to allow the parties sufficient time for pretrial preparation, the court rescheduled the suppression hearing for October 4, 2005.

With the assent of counsel for the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendant in a speedy trial, the period of time from September 21, 2005, through October 4, 2005, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: September 29, 2005                United States District Judge