UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NICHOLAS RHEAULT,  )<br>  )<br>Defendant.  )<br>  ) | Criminal No.<br>05-40005-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On September 26, 2005, the parties filed a second joint motion to continue the suppression hearing scheduled for October 4, 2005 to approximately one month from that date. The parties reiterated that they were exploring an alternative to trial, and further stipulated that they were attempting to estimate defendant's criminal history category. To accommodate this request, and to allow the parties sufficient time for pretrial preparation, the court granted the motion to continue and rescheduled the suppression hearing for November 4, 2005.

With the assent of counsel for the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendant in a speedy trial, the period of time from October 4, 2005, through November 4, 2005, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: September 29, 2005   United States District Judge