UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA            )
                                   )
vs.                                 )   Criminal Action
                                   )   No. 05-40005-FDS
NICHOLAS RHEAULT,                   )
DONALD E. WHITNEY, III,             )
         Defendants.                )
_____)

## JOINT MOTION TO CONTINUE SUPPRESSION HEARING

Defendant, Nicholas Rheault, and the United States, through their attorneys, jointly move to continue the hearing on a motion to suppress, now scheduled for November 4, 2005 to December 1, 2005 at 2:00 p.m. (or another date and time convenient to the Court). As grounds, the parties state that they continue to explore a non-trial disposition of the case which, if successful, would obviate the need for a hearing. The parties are actively pursuing this avenue and are hopeful it will prove fruitful. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties ask the court to so find pursuant to 18 U.S.C. § 3161(h)(8)(A).

Moreover, defendant assents to excluding the period of time between November 4, 2005 and December 1, 2005 (or if the Court so chooses another date) from the computation of time within which a trial must be held in this matter pursuant to the Speedy Trial Act.


Date:   October 28, 2005            Respectfully Submitted,


/s/ John G. Swomley                 /s/ David Hennessy
_____     _____
John G. Swomley                     David Hennessy

BBO# 551450  
Swomley and Associates  
227 Lewis Wharf  
Boston, MA 02110  
Tel. (617) 227-9443  
Email: jswomley@swomleylaw.com

Assistant U.S. Attorney  
Donohue Federal BLDG.  
595 Main Street  
Worcester, MA 01608  
Tel. (508) 368-0100  
Email: david.hennessy@usdoj.gov