UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>NICHOLAS RHEAULT, and )<br>DONALD E. WHITNEY, III, )<br>)<br>    Defendants. )<br>) | Criminal No.<br>05-40005-FDS |

## AMENDED ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On October 28, 2005, defendant Nicholas Rheault and the United States jointly moved to continue the hearing on defendant's motion to suppress from November 4, 2005 to December 1, 2005. In support of the motion, the parties stipulated that they are negotiating a non-trial disposition of the case which would obviate the need for a hearing if successful.

On motion of the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from November 4, 2005, through December 1, 2005, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: October 31, 2005