UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA,    )<br>               )<br>    Plaintiff,    )<br>               )<br>    v.          )<br>               )<br>NICHOLAS RHEAULT,    )<br>               )<br>    Defendant.   )<br> | Criminal No.<br>05-40005-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At the motion hearing on December 12, 2005, the Court noted that the period of time from December 1, 2005, through December 12, 2005, should be excluded under the Speedy Trial Act on the grounds that defendant's motion to suppress had been pending during that period and that the hearing on the motion was continued at the request of counsel for the defense. The time between the filing of the motion (on July 14, 2005) and the originally scheduled motion hearing (December 1, 2005) had previously been excluded. Counsel assented to the exclusion.

Accordingly, on motion of the Court, with the consent of the parties, the period of time from December 1, 2005, through December 12, 2005, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: December 13, 2005