UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 05-40005-FDS |
| NICHOLAS RHEAULT, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF EXCLUDABLE TIME**

**SAYLOR, J.**

At the conclusion of the motion hearing on December 12, 2005, the parties indicated that they required additional time to discuss the status of the possibility of a negotiated plea prior to setting the case for trial. In order to accommodate that request and the schedule of defense counsel, a status conference was scheduled for January 4, 2006, at which the parties were to indicate whether the case will go to trial.

On motion of the government, with the consent of the defendant, and because the ends of justice served by granting this request outweigh the interest of the public and the defendant in a speedy trial, the period of time from December 12, 2005, through January 4, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: December 13, 2005                                       United States District Judge