UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Action |
| | ) | No. 05-40005-FDS |
| NICHOLAS RHEAULT, | ) | |
| DONALD E. WHITNEY, III, | ) | |
| Defendants. | ) | |

## REQUEST FOR APPROVAL FOR INTERIM PAYMENT

John G. Swomley, attorney for Nicholas Rheault, respectfully requests that this Court approve his request for interim payments for the period of February, 2005 through December 31, 2005. As grounds for this request, Counsel states that he has represented Mr. Rheault for over eight months and spent a considerable amount of out of pocket resources thus far. In addition, new CJA compensation rates went into effect on January 1, 2006 and payment through December 31, 2005 would result in simplified billing procedures for both the government and counsel.

For the foregoing reasons, counsel respectfully asks that the court approve his request for interim payment for the period of February, 2005 through December 31, 2005.

Date: January 27, 2006

Nicholas Rheault,
By His Attorney,

/s/ John G. Swomley
_____
John G. Swomley, #551450
227 Lewis Wharf
Boston, MA 02110
(617) 227-9443
jswomley@swomleylaw.com