UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Action |
| ) | No. 05-40005-FDS |
| NICHOLAS RHEAULT, ) | |
| DONALD E. WHITNEY, III, ) | |
| Defendants. ) | |
| _____) | |

MOTION TO CONTINUE SENTENCING

Defendant, Nicholas Rheault, hereby moves to continue his sentencing hearing currently scheduled for May 24, 2006. Mr. Rheault needs additional time to prepare for his hearing. Counsel has spoken with AUSA David Hennessy who has assented to this motion. All parties are available on June 7, 2006 at 3:00 pm.

Date:  May 5, 2006                    Respectfully Submitted,

                                      /s/ John G. Swomley
                                      _____
                                      John G. Swomley
                                      BBO# 551450
                                      Swomley and Associates
                                      227 Lewis Wharf
                                      Boston, MA 02110
                                      Tel. (617) 227-9443