## SWOMLEY & ASSOCIATES

Attorneys At Law
227 Lewis Wharf
Boston, Massachusetts 02110-3927
Telephone: (617) 227-9443
Facsimile: (617) 227-8059



John G. Swomley*
Devon Dietz Hincapie
*Also Admitted in New York

Jason W. Loomis
Eric Tennen

May 25, 2006

Martin Castles
Harold D. Donohue Federal Bldg. & Courthouse, Suite 502
595 Main Street
Worcester, MA 01608

      RE:   USA v. Nicholas Rheault
           Docket No. 05-4005-FDS

Dear Clerk Castles:

      Enclosed please find an additional letter of support to be included in the Defendant's Sentencing Memorandum filed yesterday. Please include this letter in Exhibit 2. If you have any questions, please do not hesitate to contact me. Thank you.

               Sincerely,

               Danielle Andreasi

cc:   AUSA David Hennessy
      Attorney Daniel Bennett

DA/cd
enclosures

To whom it may concern I Ross Paul am writing to say a little about a good friend of mine.Nicholas Rheault,who I met many years ago through a younger cousin and several mutual friends is a great guy who would go out of his way to help anyone,friend or stranger in need.In all the years I've known him nobody has ever had anything bad to say about him,he would give you the shirt off his back no questions asked.You'd be hardpressed to find someone as loyal,honest,caring and giving as him.Since he's been away I've definitely been missing one of the best friends I've ever had.I was completely surprised when informed of his arrest and even more shocked upon hearing of his guilty plea,this is not the type of person he is.In closing I just wanted it to be known that Nick is a wonderful person and is extremely missed.If possible please don't keep him to long.

Sincerely,

Ross B. Paul

## CERTIFICATE OF SERVICE

I, *Danielle Anderson* hereby certify that I have duly served the foregoing document(s) to the following counsel of record via First Class Mail, postage prepaid on this 25th day of May, 2006:

AUSA David Hennessy, US Attorney's Office, Donohue Federal Building, Room #206, 595 Main Street, Worcester, MA 01608

Attorney Daniel Bennett, 15 Foster Street, Quincy, MA 02169

Signed under the pains and penalties of perjury, this 25th day of May, 2006:

*Danielle Anderson*