UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 05 CR 40005-FDS |
| | ) |
| NICHOLAS RHEAULT, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO AWARD DEFENDANT THIRD ACCEPTANCE POINT

Now comes the United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and David Hennessy, Assistant U.S. Attorney, and hereby moves, pursuant to United States Sentencing Guideline § 3E1.1(b), to decrease Defendant Nicholas Rheault's offense level by one additional level.

In support of this motion, the Government states that Defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David Hennessy
David Hennessy
Assistant U.S. Attorney

DATED: June 7, 2006

CERTIFICATE OF SERVICE

Worcester, ss.                         Worcester, Massachusetts
                                       June 7, 2006

    I, David Hennessy, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing by hand on John Swomley, Esq.

                                            DAVID HENNESSY
                                            Assistant U.S. Attorney