UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>NICHOLAS RHEAULT, )<br>DONALD E. WHITNEY, III, )<br>       Defendants. ) | Criminal Action<br>No. 05-40005-FDS |

NOTICE OF APPEAL

    Defendant, Nicholas Rheault, hereby submits this notice of appeal of his criminal conviction and sentence to the Federal Appeals Court, First Circuit, pursuant to F.R.A.P. 3 and 4.

Date:  June 13, 2006                                                  Respectfully Submitted,


                                                                          /s/ John G. Swomley

                                                                          John G. Swomley
                                                                          BBO# 551450
                                                                          Swomley and Associates
                                                                          227 Lewis Wharf
                                                                          Boston, MA 02110
                                                                          Tel. (617) 227-9443


**CERTIFICATE OF SERVICE**

    I, John G. Swomley, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will delivered to those indicated as non-participants on June 13, 2006.

Signed under the pains and penalties of perjury, this 13th day of June, 2006:

/s/ John G. Swomley
_____