UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Action |
| ) | No. 05-40005-FDS |
| NICHOLAS RHEAULT, ) | |
| DONALD E. WHITNEY, III, ) | |
| Defendants. ) | |

## MOTION TO PURSUE HIS APPEAL IN FORMA PAUPERIS

Defendant, Nicholas Rheault, hereby submits this motion to pursue his appeal *in forma pauperis*. Mr. Rheault has been declared indigent by this court.

Date: June 13, 2006            Respectfully Submitted,

/s/ John G. Swomley
_____
John G. Swomley
BBO# 551450
Swomley and Associates
227 Lewis Wharf
Boston, MA 02110
Tel. (617) 227-9443

## CERTIFICATE OF SERVICE

I, John G. Swomley, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will delivered to those indicated as non-participants on June 13, 2006.

Signed under the pains and penalties of perjury, this 13th day of June, 2006:

/s/ John G. Swomley

_____

Case 4:05-cr-40005-FDS    Document 82    Filed 06/13/2006    Page 2 of 2