*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

---

USDC Docket Number :  05-cr-40005

UNITED STATES OF AMERICA

v.

NICHOLAS RHEAULT

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-3, 6, 8-11, 13-16, 18-35, 38, 41-47, 52-53, 58, 59, 64-66, 70, 72-73, 75-76, 78-83

and contained in Volume(s)  1  are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  6/13/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 6/23/06 .

Sarah A Thornton, Clerk of Court

By:

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:          _____


 **RETURN TO:  US DISTRICT COURT**
             **595 MAIN STREET, SUITE 502**
             **WORCESTER, MA 01608**


O:\Forms\Local\ClerksCertificate-COA.frm- 3/06

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-cr-40005

UNITED STATES OF AMERICA

v.

NICHOLAS RHEAULT

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-3, 6, 8-11, 13-16, 18-35, 38, 41-47, 52-53, 58, 59, 64-66, 70, 72-73, 75-76, 78-83

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/13/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 6/23/06 .

Sarah A Thornton, Clerk of Court

By:

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

RETURN TO:  US DISTRICT COURT
            595 MAIN STREET, SUITE 502
            WORCESTER, MA 01608

O:\Forms\Local\ClerksCertificate-COA.frm- 3/06